IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00465-BO

DISABILITY RIGHTS                            )
   NORTH CAROLINA,                        )
                                )

     Plaintiff,                                 )
                                )

        v.                                 )
                                )     <u>NOTICE OF DISMISSAL</u>

WAKE COUNTY BOARD                            )
   OF EDUCATION,  and                     )
ROBERT STUREY, in his                        )
   individual capacity and in his official    )
   capacity as Senior Director of Special     )
   Education Services,                        )
                                )

     Defendants.                                )
_____)

     Plaintiff Disability Rights North Carolina, pursuant to Rule 41(a)(1), Fed. R.

Civ. P., dismisses without prejudice its claims against all defendants

<u>November 7, 2008</u>             DISABILITY RIGHTS NORTH CAROLINA


                        <u>/s/ John R. Rittelmeyer             </u>
                        John R. Rittelmeyer
                        N.C. Bar No. 17204
                        Iris Peoples Green
                        N.C. Bar No. 27861
                        2626 Glenwood Ave. Suite 550
                        Raleigh, NC  27608
                        (919) 856-2195 (telephone)
                        (919) 856-2244 (facsimile)

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on November 7, 2008, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system and mailed a copy of the Notice to counsel for Defendants via U.S. Mail addressed to:

Ann L. Majestic
Tharrington Smith LLP
209 Fayetteville Street
Raleigh, NC  27602

/s/ John R. Rittelmeyer
John R. Rittelmeyer